IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MEREDITH FARRAR-OWENS, )<br>As Executor of the Estate of SHERRILL )<br>KAY CURTIS, )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>JPMORGAN CHASE BANK, N.A., )<br>   )<br>   Defendant. )<br>_____ ) | Case No. __3:20-cv-626__<br>Removed from the Circuit Court<br>for Henrico County, Virginia,<br>Civil Action No. CL20-4969 |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S**
**RULE 7.1 FINANCIAL DISCLOSURE STATEMENT**

Defendant JPMorgan Chase Bank, N.A., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, files this Financial Disclosure Statement and certifies that the following are parents, trusts, subsidiaries, and/or affiliates of Chase that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Chase, a private, non-governmental party, is a wholly-owned subsidiary of its parent corporation, JPMorgan Chase & Co., a publicly held corporation.  No publicly-held corporation owns more than 10% of JPMorgan Chase & Co.

Chase reserves the right to supplement this Disclosure Statement as appropriate.

**[signature page to follow]**

-2-

Respectfully submitted,

JPMORGAN CHASE BANK, N.A.

By Counsel:

_/s/ Alexandria E. Cuff_
Alexandria E. Cuff, Esq. (VSB No. 83785)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1062
Facsimile: 804.698.2095
acuff@mcguirewoods.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a true and correct copy of the same on the following via First-Class Mail, postage prepaid, addressed to:

Andrew R. Park (VSB No. 41072)
Stephen D. Burns (VSB No. 74728)
PARK SENSENIG LLC
2310 West Main St.
Richmond, VA 23220
(804) 417-6085 (main)
(804) 552-1781 (facsimile)
andrew.park@parksensenig.com

*Counsel for Plaintiff*

                         */s/ Alexandria E. Cuff*
Alexandria E. Cuff, Esq. (VSB No. 83785)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1062
Facsimile: 804.698.2095
acuff@mcguirewoods.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*